- they charge me with an actual meth when they never show me or gave me the puerity of the meth

- my lawyer promise me 12 years if I plead guilty

- My 1st P.S.R was wrong they didn't give me my 3 points of so I sent it back, even the 2nd P.S.R wasn't right but I agree to it anyways it was 17 or 18 years out of nowhere my lawyer comes to me Sunday night with a P.S.R I never seen before I got sentence monday morning he shows me the the P.S.R. it came with Drug importation points leadership role points Stash house points and they was still giving me points when I was 13 years old and when I told him to object to all of the extra points they was giving on my 3rd P.S.R he told me he was gonna going to do it of the day of sentencing but he never did

Daniel Mendoza

8/17/20

D.M

U.S. COURT OF APPEALS
RECEIVED
AUG 20 2020
FIFTH CIRCUIT

U.S. COURT OF APPEALS
RECEIVED
AUG 10 2020
FIFTH CIRCUIT

Daniel Mendoza
F.C.I Pollock P.O. box 4030
Pollock .LA. 71467



SHREVEPORT LA 710

05 AUG 2020 PM 2 L

United States Court of Appeals
Fifth Circuit
Office of the clerk
F. Edward Hebert Building
600 S. Maestri Place
New orleans, louisiana 70130-3408

70130-340899

Daniel Mendoza

8/17/20

D.M

Case: 19-40838    Document: 00515526466    Page: 2    Date Filed

Daniel Mendoza
#28122078
F.C.I Pollock
P.O. Box 4050
Pollock, LA 71467 - 4050

70130-34068

United States Court of Appeals
Fifth Circuit
Office of the Clerk
F. Edward Hebert building
600 S. Maestri Place
New Orleans, Louisiana 70130 - 34068

SHREVEPORT LA 710

05 AUG 2020 PM 3 L